IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 24-cv-02510-CNS-SBP | Date: May 28, 2025 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| LISA RAGSDALE<br>CARL YOCKMAN<br>**Plaintiff** | *Jacob Ginsburg via telephone*<br>*Alex Kruzyk via telephone* |
| v. | |
| HARMONY LEADS INC<br>**Defendant** | *Robert Schultz*<br>*Matthew Stevens* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 1:15 p.m.

Appearance of counsel.

ORDERED:   **[14] Defendant's Request for Judicial Notice in Support of Motion to Dismiss Plaintiffs' Complaint is GRANTED.**

**[13] Defendant's Motion to Strike Exhibit A to Plaintiffs' Complaint is DENIED.**

Argument as to [12] Defendant's Motion to Dismiss Plaintiffs' Complaint given by Mr. Schultz and Mr. Kruzyk with questions from the Court.

As outlined on the record, it is

**ORDERED:   [12] Defendant's Motion to Dismiss Plaintiffs' Complaint is DENIED.**

Court in Recess: 1:59 p.m.          Hearing concluded.          Total time in Court: 00:44